ENTERED ON DOCKET
12/22/10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| LEYLAND FITZPATRICK BATSON, ) | CASE NO. 10-92052-JRS |
| ) | |
| Debtor(s). ) | |
| ) | |
| ———————————————— | ———————————————— |
| ) | |
| U.S. BANK, N.A. ITS ASSIGNS ) | CONTESTED MATTER |
| AND/OR SUCCESSORS IN ) | |
| INTEREST, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| LEYLAND FITZPATRICK BATSON, ) | |
| and WILLIAM J. LAYNG, JR., ) | |
| as Trustee, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

This matter arose upon the Motion for Relief From Stay of 11 U.S.C. § 362 filed by Movant, who contends it is the holder of a Deed to Secure Debt (hereinafter referred to as the "Security Deed"), encumbering certain property known as 3288 Kessock Ridge Trail, Snellville, GA 30039, as more particularly described in Exhibit "A" attached to the Motion (hereinafter referred to as the "Property"). Hearing before this Court was set for 12/21/2010, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. No opposition was presented by Debtor, Debtor's counsel, or Trustee; accordingly, it is hereby

ORDERED that the automatic stay of 11 U.S.C. Section 362 is modified to allow Movant, its successors and assigns, to commence

foreclosure proceeding against the Property pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the collateral. It is further

ORDERED that all foreclosure sale proceeds which exceed Movant's lawful debt shall be paid to the Trustee promptly.

A copy of this Order shall be mailed to the individuals identified on the Distribution List attached hereto. It is

FURTHER ORDERED that relief granted herein shall not be stayed by BR 4001(a)(3).

IT IS SO ORDERED, this the 21st day of December, 2010.

_____
JAMES R. SACCA
**UNITED STATES BANKRUPTCY JUDGE**

PRESENTED BY:

LEVINE, BLOCK & STRICKLAND, LLP

BY: _____
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
780 Johnson Ferry Road
Suite 240
Atlanta, GA  30342
(404) 231-4567

**Barrett, Daffin & Frappier, LLP**
15000 Surveyor Boulevard
Suite 100
Addison, Texas 75001

**PARTIES TO BE SERVED**

Leyland Fitzpatrick Batson
3288 Kessock Ridge Trail
Snellville, Georgia 30039

E. L. Clark, Esquire
Clark & Washington
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341

William J. Layng, Jr., Esq.
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, Georgia 30346

Ronald A. Levine, Esq.
Levine, Block & Strickland, LLP.
780 Johnson Ferry Road
Suite 240
Atlanta, GA  30342